UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>                                        )<br>   v.                                )<br>                                        )<br>DIANNE WILKERSON     )<br>   and                        )<br>CHARLES "CHUCK" TURNER  ) | Criminal No. 08-10345-DPW |

## NOTICE OF APPEARANCE

Please enter and add the appearance of Assistant United States Attorney James P. Dowden as co-counsel for the United States of America in the above-captioned matter.

                                                                               Respectfully submitted,

                                                                               MICHAEL J. SULLIVAN
                                                                               United States Attorney

Date: January 23, 2009        By:        */s/ James P. Dowden*
                                                                     JAMES P. DOWDEN
                                                                     Assistant U.S. Attorney
                                                                     (617) 748-3800

CERTIFICATE OF SERVICE

      I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on January 23, 2009.

                                              */s/ James P. Dowden*
                                              James P. Dowden
                                              Assistant U.S. Attorney